1  ROBERT C. STRICKLAND (SBN 243757)
   STRICKLAND LAW GROUP
2  PROFESSIONAL LEGAL CORPORATION
   1372 N. McDowell Blvd., Suite J
3  Petaluma, California 94954
   Telephone:    (707) 347-9123
4  Facsimile:    (707) 343-9911
   Email:        Robert@stricklandlawyers.com

   Attorney for Plaintiff:
   ALEX SANDOVAL


   JAMES M. PETERSON (SBN 137837)
   HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
   San Diego, CA 92101-7913
   Telephone:    (619) 236-1551
   Facsimile:    (619) 696-1410
   Email:        Peterson@higgslaw.com

   Attorney for Defendant:
   O'REILLY AUTO ENTERPRISES, LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SANDOVAL,<br><br>                Plaintiff,<br><br>   v.<br><br>O'REILLY AUTOMOTIVE STORES, INC. and DOES 1-100, inclusive<br><br>                Defendants. | CASE NO.: 3:18-cv-06363-JST<br><br>**STIPULATION TO MODIFY CAPTION/IDENTIFY PROPER PARTY and ~~PROPOSED~~ ORDER**<br><br>Complaint Filed:   August 23, 2018<br>Complaint Removed:   October 17, 2018<br>Trial Date:   TBD |

The parties file this Stipulation to notify the Court that the parties have stipulated to change the caption of this case to identify the proper parties. The parties specifically have agreed to the following changes:

1. The proper Defendant in this matter is "O'REILLY AUTO ENTERPRISES, LLC." (and <u>not</u> "O'REILLY AUTOMOTIVE STORES, INC.");

2. O'REILLY AUTOMOTIVE STORES, INC. will be dismissed from the lawsuit without prejudice.

Accordingly, the parties respectfully request that the caption of this case now be as follows: "Alex Sandoval v. O'Reilly Auto Enterprises, LLC., and Does 1-100, inclusive"

Dated: November 27, 2018         STRICKLAND LAW GROUP

                                 By: *Robert Strickland*
                                     ROBERT C. STRICKLAND, ESQ.
                                     Attorneys for Plaintiff
                                     ALEX SANDOVAL

Dated: November 27, 2018         HIGGS FLETCHER & MACK LLP

                                 By: S/ Derek W. Paradis
                                     DEREK PARADIS
                                     Attorneys for Defendant
                                     O'REILLY AUTO ENTERPRISES, LLC

**[Proposed] ORDER**

Pursuant to the stipulation above, the Court now amends the caption to reflect the parties' proper names. The Caption shall now be as follows:

| | |
|---|---|
| ALEX SANDOVAL,<br><br>                Plaintiff,<br><br>    v.<br><br>O'REILLY AUTO ENTERPRISES, LLC. and DOES 1-100, inclusive<br><br>                Defendants. | CASE NO.: 3:18-cv-06363-JST |

**It Is So Ordered.**

**Dated:** December 12, 2018      **By:** _[signature]_

                                                              **District Judge Jon S. Tigar**