JAMES M. PETERSON, Bar No. 137837
peterson@higgslaw.com
DEREK W. PARADIS, Bar No. 269556
paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC

ROBERT C. STRICKLAND, Bar No. 243757
robert@stricklandlawyers.com
STRICKLAND LAW GROUP, PLC
1372 N. McDowell Boulevard, Suite J
Petaluma, CA 94954
Telephone: 707.347.9123
Facsimile: 707.347.9123

Attorneys for Plaintiff
ALEX SANDOVAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:18-CV-06363 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MEDIATION COMPLETION DEADLINE**<br><br>CTRM:　　　9<br>IC JUDGE:　Hon. Jon S. Tigar<br><br>CASE FILED:　August 23, 2018<br>REMOVED:　　October 17, 2018 |

　　　Plaintiff ALEX SANDOVAL ("Plaintiff") and Defendant O'REILLY AUTO ENTERPRISES, LLC ("O'Reilly") (collectively with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows.

/ / /

/ / /

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. On January 23, 2019, this Court issued a Scheduling Order in this case setting a Mediation Completion Deadline for May 24, 2019.

2. The Parties scheduled a mediation with panel mediator, Fred Butler, Esq., to take place on May 29, 2019.

3. The Parties respectfully ask that the Court continue the May 24, 2019 Mediation Completion Deadline to May 31, 2019.

**IT IS SO STIPULATED.**

DATED: March 25, 2019    HIGGS FLETCHER & MACK LLP

By: */s/ James M. Peterson*
JAMES M. PETERSON
DEREK W. PARADIS
Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC (erroneously sued as O'REILLY AUTOMOTIVE STORES, INC.)

DATED: March 25, 2019    STRICKLAND LAW GROUP

By: */s/ Robert C. Strickland*
ROBERT C. STRICKLAND
Attorney for Plaintiff
ALEX SANDOVAL

**IT IS ORDERED** that the Mediation Completion Deadline set by this Court in the Scheduling Order dated January 23, 2019 is hereby continued from May 24, 2019 to May 31, 2019.

DATED: __March 25__, 2019    _____
Hon. Jon S. Tigar
United States District Judge